Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| YANIRA RAMOS CRESPO<br><br>Recurrida<br><br><br>v.<br><br><br>SANTOS MONTALVO<br><br>Peticionario | KLCE202401301 | *CERTIORARI* procedente del Tribunal Municipal de San Sebastián<br><br>Caso número: AGL2842024-4438<br><br>Sobre:<br>Ley Núm. 284-1999, Ley contra el acecho en Puerto Rico, según enmendada por la Ley Núm. 44-2016 |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de diciembre de 2024.

Examinado el *Certiorari Civil* instado por derecho propio por la parte peticionaria, Santos Montalvo Rivera, el 2 de diciembre de 2024, optamos por prescindir de los términos, escritos o procedimientos ulteriores "con el propósito de lograr su más justo y eficiente despacho". Regla 7(B)(5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7(B)(5). Resolvemos.

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
RES2024 _____